2021R00423/JLH/VV

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| | : | |
| v. | : | Crim. No. 21- 392 (MAS) |
| | : | |
| PERRY OSAGIEDE, | : | |
| a/k/a, "Lord Sutan Abubakar de 1st," | : | |
| a/k/a, "Rob Nicolella," | : | |
| a/k/a, "Alan Salomon," | : | 18 U.S.C. § 1349 |
| ENORENSE IZEVBIGIE, | : | 18 U.S.C. § 1956 |
| a/k/a, "Richy Izevbigie," | : | |
| a/k/a, "Lord Samuel S Nujoma," | : | |
| EDOSA FRANKLYN OSAGIEDE, | : | |
| a/k/a, "Lord Nelson Rolihlahla Mandela," | : | |
| a/k/a, "Dave Hewitt," | : | |
| a/k/a, "Bruce Dupont," | : | |
| OSARIEMEN ERIC CLEMENT, | : | |
| a/k/a, "Lord Adekunle Ajasi," | : | |
| a/k/a, "Aiden Wilson," | : | |
| EGBE TONY IYAMU, | : | |
| a/k/a, "Lord Aminu Kano," | : | |
| a/k/a, "Richard Amall," | : | |
| COLLINS OWHOFASA OTUGHWOR, | : | |
| a/k/a, "Lord Jesse Makoko," | : | |
| a/k/a, "Philip Coughlan," and | : | |
| MUSA MUDASHIRU, | : | |
| a/k/a, "Lord Oba Akenzua" | : | |

RECEIVED
5/10/2021

5:43 p.m

WILLIAM T. WALSH, CLERK

**<u>INDICTMENT</u>**

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

**COUNT ONE**
(Wire Fraud Conspiracy – 18 U.S.C. § 1349)

1. At times relevant to this Indictment:

**Individuals and Entities**

a. Defendant PERRY OSAGIEDE, a/k/a "Lord Sutan Abubakar de 1st," a/k/a "Rob Nicolella," a/k/a "Alan Salomon," ("PERRY OSAGIEDE") was a resident of South Africa and was a member of the Cape Town, South Africa Zone of the Neo Black Movement of Africa. PERRY OSAGIEDE was also associated with the business entity Peroski Auto & Spares Pty Ltd. ("Peroski").

b. Defendant ENORENSE IZEVBIGIE, a/k/a "Richy Izeybigie," a/k/a "Lord Samuel S Nujoma," ("IZEVBIGIE") was a resident of South Africa and was a member of the Cape Town, South Africa Zone of the Neo Black Movement of Africa. IZEVBIGIE was also associated with the business entity Abravoo Trading ("Abravoo").

c. Defendant EDOSA FRANKLYN OSAGIEDE, a/k/a, "Lord Nelson Rolihlahla Mandela," a/k/a, "Dave Hewitt," a/k/a, "Bruce Dupont," ("FRANKLYN OSAGIEDE") was a resident of South Africa and was a member of the Cape Town, South Africa Zone of the Neo Black Movement of Africa.

d. Defendant OSARIEMEN ERIC CLEMENT, a/k/a, "Lord Adekunle Ajasi," a/k/a, "Aiden Wilson," ("CLEMENT") was a resident of South Africa and was a member of the Cape Town, South Africa Zone of the Neo Black

Movement of Africa.

e. Defendant EGBE TONY IYAMU, a/k/a, "Lord Aminu Kano," a/k/a, "Richard Amall," ("IYAMU") was a resident of South Africa and was a member of the Cape Town, South Africa Zone of the Neo Black Movement of Africa. IYAMU was associated with the business entity Tonymax Investments.

f. Defendant COLLINS OWHOFASA OTUGHWOR, a/k/a, "Lord Jesse Makoko," a/k/a, "Philip Coughlan," ("OTUGHWOR") was a resident of South Africa and was a member of the Cape Town, South Africa Zone of the Neo Black Movement of Africa.

g. Defendant MUSA MUDASHIRU, a/k/a "Lord Oba Akenzua," ("MUDASHIRU") was a resident of South Africa and was a member of the Cape Town, South Africa Zone of the Neo Black Movement of Africa.

**The Neo Black Movement of Africa ("Black Axe")**

h. The Neo Black Movement of Africa, also known as "Black Axe," was an organization that originated and was headquartered in Benin City, Nigeria. Black Axe operated in various countries, including South Africa, and was organized into regional chapters known as "zones." Black Axe worldwide was governed by a National Council of Elders. Members of Black Axe were referred to as "Axemen" or "Ayes."

i. In or around 2013, the Cape Town Zone of Black Axe (the "Zone") was formed. In or around 2018, the Zone was registered as an

organization with South Africa's Company and Intellectual Property Commission. Each member of the Zone was given an alias, known as a "strong name," upon joining Black Axe, which was sometimes used to refer to the member in correspondence between members.

j. The Zone had various leadership positions, including the following:

i. The "Zonal Head" functioned as the Zone's chief executive officer and was responsible for coordinating and presiding over Zone meetings and supervising the Zone's activities. The Zonal Head prepared annual reports regarding the Zone's progress and sent those reports to Black Axe's worldwide leadership.

ii. The "Chief Ihaza" functioned as the Zone's treasurer and was responsible for keeping the Zone's financial records and for collecting dues, levies, and donations from members of the Zone.

iii. The "Chief Eye" functioned as a recording secretary and prepared and kept records of proceedings of Zone meetings, aided by the "Assistant Eye."

iv. The "Chief Butcher" functioned as the Zone's security officer and was responsible for disciplining members of the Zone, aided by "Assistant Butchers."

v. In addition to these leadership positions, the Zone was

governed by a Council of Elders, which was run by a Chairman.

**Relevant Terminology**

k. "Romance Scams" involved perpetrators creating fictitious profiles using aliases on online dating or social websites, gaining the trust of potential victims by convincing the victim they are in a romantic relationship with the perpetrator, and then directing such victims to transfer or receive money under false pretenses. As a part of Romance Scams, perpetrators often utilize the same stories, communications, and narratives with several different victims.

l. "Advance-Fee Schemes" involved perpetrators making false statements about their ability and intention to provide and arrange for loans, inheritances, and other forms of financing, if the victim provided a smaller sum of money in advance of the larger transfer. If the victim provided the sum of money, the larger, promised amount was not later transferred to the victim.

m. "Level" referred to the particular story or problem told to a victim in furtherance of the fraud scheme.

**The Conspiracy**

2. From at least as early as in or around 2011 through the present, in Burlington County, in the District of New Jersey, and elsewhere, defendants

**PERRY OSAGIEDE,**
a/k/a, "Lord Sutan Abubakar de 1st,"
a/k/a, "Rob Nicolella,"
a/k/a, "Alan Salomon,"
**ENORENSE IZEVBIGIE,**
a/k/a, "Richy Izevbigie,"
a/k/a, "Lord Samuel S Nujoma,"
**EDOSA FRANKLYN OSAGIEDE,**
a/k/a, "Lord Nelson Rolihlahla Mandela,"
a/k/a, "Dave Hewitt,"
a/k/a, "Bruce Dupont,"
**OSARIEMEN ERIC CLEMENT,**
a/k/a, "Lord Adekunle Ajasi,"
a/k/a, "Aiden Wilson,"
**EGBE TONY IYAMU,**
a/k/a, "Lord Aminu Kano,"
a/k/a, "Richard Amall,"
**COLLINS OWHOFASA OTUGHWOR,**
a/k/a, "Lord Jesse Makoko,"
a/k/a, "Philip Coughlan," and
**MUSA MUDASHIRU,**
a/k/a, "Lord Oba Akenzua"

knowingly and intentionally conspired and agreed with each other and with others to devise a scheme and artifice to defraud, and to obtain money and property from victims by means of false and fraudulent pretenses, representations, and promises, and, for the purpose of executing such scheme and artifice to defraud, to transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce certain writings,

signs, signals, pictures, and sounds, contrary to Title 18, United States Code, Section 1343.

**The Goal of the Conspiracy**

3. It was the goal of the conspiracy for PERRY OSAGIEDE, IZEVBIGIE, FRANKLYN OSAGIEDE, CLEMENT, IYAMU, OTUGHWOR, MUDASHIRU, and others (the "Co-conspirators") to enrich themselves and others by tricking individuals they targeted via the internet through materially false and fraudulent pretenses, representations, promises, and omissions to obtain money and other items of value.

**Manner and Means of the Conspiracy**

4. It was part of the conspiracy that:

a. The Co-conspirators and other members of Black Axe, including members of the Zone, took part in fraud schemes and openly discussed fraud schemes amongst their membership. For example, in an address by Black Axe's Chairman of the National Council of Elders (the "Chairman"), the Chairman advised members against ostentatious displays of fraudulently obtained wealth to avoid attracting attention, saying, in relevant part:

> I hear us all clamouring for change daily but the 'Will' dies upon realisation that the much touted change revolves around our illegal means of livelihood. My worry for the Movement is that we have lost the secrecy CODE. A greater percentage

> of Axemen gets involved in racketeering just like any other persons but, the issue with Ayes is that we are too lousy. In the cause of our daily life, we show off unnecessarily our bad money. Can't we just hide ourselves in our life style? Can't we separate this our beloved movement from our illicit engagements? Why are we desecrating the essence of our common existence? Why must NBM negatively be on the spotlight every other day?

b. PERRY OSAGIEDE, IZEVBIGIE, FRANKLYN OSAGIEDE, CLEMENT, IYAMU, OTUGHWOR, and MUDASHIRU were members of Black Axe and of the Zone and maintained the following "strong names" and positions as part of their membership in the Zone:

i. PERRY OSAGIEDE was a founder of the Zone. PERRY OSAGIEDE was the Zone's Zonal Head from in or around 2013 through in or around 2018, and, thereafter, an Elder of the Zone. PERRY OSAGIEDE's strong name was "Lord Sutan Abubakar de 1st."

ii. IZEVBIGIE was the Zone's Chairman of the Council of Elders from in or around 2013 through in or around 2018, and, thereafter, was its Zonal Head. IZEVBIGIE's strong name was "Lord Samuel S Nujoma."

iii. FRANKLYN OSAGIEDE was the Zone's Chief Ihaza from in or around 2013 through in or around 2018, and, thereafter, an Elder on its Council of Elders. FRANKLYN OSAGIEDE's strong name was "Lord Nelson Rolihlahla Mandela."

iv. CLEMENT was the Assistant Eye of the Zone from in or about 2013 to in or about 2018. CLEMENT's strong name was "Lord Adekunle Ajasi."

v. IYAMU was the Zone's Chief Butcher from in or about 2013 to in or about 2018, and, thereafter, was its Chairman of the Council of Elders. IYAMU's strong name was "Lord Aminu Kano."

vi. OTUGHWOR was the Zone's Chief Eye starting in or around 2013. OTUGHWOR's strong name was "Lord Jesse Makoko."

vii. MUDASHIRU was one of the Zone's Assistant Butchers starting in or around 2013. MUDASHIRU's strong name was "Lord Oba Akenzua."

c. The Co-conspirators used aliases to misrepresent the true identities of the individuals communicating with victims in furtherance of the fraud, including Romance Scams and Advance Fee Scams, including the following aliases: Aiden Wilson, Alan Salomon, Bruce Dupont, Charlie Stewart, Collins Norden, Dave Hewitt, Enriqo Roberto, Eric Fernando, Fredrick Alonzo, Greg Hewat, Hugo Benoit Rousseau, Huy Hoang, Maria Jacobs, Paul Derek, Pete Bradwell, Peter Bennett, Peter Scott, Philip Coughlan, Richard Amall, Richard Webber, Rob Nicollela, Sean Edgar, Steven Thomas, and Terry Schneider.

d. The Co-conspirators often used aliases not only of the

purported love interest of a victim, but also of other people involved in that person's life, including a purported child, a business partner, or a friend, to bolster the perceived legitimacy of the stories portrayed as a part of the Romance Scam or Advance Fee Scheme and to further induce the victims to send money on behalf of the purported love interest. The Co-conspirators also utilized the financial accounts of other victims to conceal and disguise the illegally obtained funds.

e. The Co-conspirators used social media websites, end-to-end encrypted means of communication, Voice over Internet Protocol phone numbers, and online dating websites to locate and communicate with victims of their Romance Scams and Advance Fee Schemes and the other Co-conspirators.

f. The Co-conspirators worked with one another and others to circulate and use fraudulent narratives in Romance Scams and Advance Fee Schemes to induce victims to send money and other items of value based on the false pretenses in the narrative. Many of the these fraudulent narratives involved claims that an individual was traveling to South Africa for work and needed money or other items of value following a series of unfortunate and unforeseen events, often involving a construction site and/or problems with a crane. Examples of the Defendants transferring narratives with each other and others include the following:

i. On or about October 22, 2013, PERRY OSAGIEDE emailed IZEVBIGIE a narrative for an Advance Fee Scheme requesting a payment of thousands of dollars to satisfy a purported tax liability.

ii. On or about May 19, 2014, OTUGHWOR emailed narratives for a Romance Scam seeking a loan to fix a crane for a construction project. One narrative stated, in relevant part:

> My beautiful [Redacted], I don't know how you can always discover a way to make me smile with each mail even when i am under a terrible stress! Baby, the negotiation did not go in my favour. They came to fix the crane quite alright, test used it and it was a 100% perfect but when they asked for the balance, i told them to give me till next week that i am expecting some money but they refused and said it is against their business principles, they took out some of the parts which they installed and left, giving me till Friday otherwise they will take a legal action because they need to pay the parts supplier. Zara was there and she was so frightened because of the shouting and ranting. Honey, i don't know how you will take this, i hate doing it but i have no other option, with profound sense of sadness and disgrace i am begging you to please loan me the balance, if possible a little bit more for up-keeping, i promise i will reimburse you once they come for inspection and give me the part-payment and that cannot be more than sometime next week. Baby, i swear in the name of God together with my daughter, i will pay you every cents of whatever you will loan me. Honey, I look forward your positive respond, so i can send you the details on how you can get the fund across to me here, i have so much faith and believe in you my LOVE.

iii. On or about August 13, 2014, MUDASHIRU emailed IYAMU narratives for use in a Romance Scam.

iv. On or about February 24, 2015, FRANKLYN OSAGIEDE emailed PERRY OSAGIEDE a Romance Scam narrative, which contained the following:

> My friend Matt Rodgers who isn't into internet dating came across your profile through my account Last night and he's been all over me about getting intouch with you, he said you seem like a woman whom has found balance in all aspect of Life which is a hard thing to come by these days. He's 6.1' tall, 50 years old, a good Listener, Good Looking and all rounded a complete Guy,I didnt tell him i was gonna contact you, but thought i take a chance, you never know until you try,it might be worth it in the end He lives in Fruit Cove, FL. so take a chance and e-mail him, he'll share a picture and more information with you, his direct e-mail is: mattrodgs[Redacted], Hope you can decode that lol as the site wouldn't let it go through directly.

v. On or about March 10, 2015, PERRY OSAGIEDE sent an email describing a Romance Scam that had been perpetrated against a victim, explaining, in relevant part:

> Sorry my brother say na now i dey send you the level.
>
> The level be say, one of my boys here catch this woman for online dating site. He remove am some cash so he come push the work enter my bank "Investec Private Bank", based on say he job don finish here so, dem wan pay he contract sum of

> $2.3m and as e be say him dey come meet the woman directly for Canada, that na why he tell the woman to help am receive the money which she agreed to and since then, na one story or the other.
>
> I don first transfer the money through China but bicos the fiancee passport don expire, the money was returned to Cape Town. Now, I give her two options which either to transfer through intermediary bank for UK or Through USA which she chose US because US near her and the Cost of transfer dey more reasonable. I don work the woman reach the level wey e be say i tell her say bicos the fiancee document don expire, the bank for America dey send two officers dey come carry the funds here so that the fiancee go sign the consignment give them in the presence of our Board of Trustees. She don agree to that so, the officers go arrive tomorrow then the next
>
> thing go be to arrive for that side.
>
> The last amount i collect from her na $21,000 but over $100,000 in total. I go tell her say the officers go carry the money come meet her for Canada but you go call her, charge her for HANDLING and SECURITY charges wey dem go take release the consignment for airport.
>
> The charges fit be between $35,000 and $50,000. You go carry on from there.

vi. On or about January 17, 2017, PERRY OSAGIEDE emailed a list of aliases used in furtherance of the conspiracy and Romance Scam narratives, including the following:

> Hello sweetie,
>
> I am very sorry for not writing or calling often as

> promised, i have been very busy trying to get hold of the lawyer handling our brief in Cape Town annent my father's contract money. Remember i told you that my father's death was supposed to bring me a fortune but looks like it is turning into a misfortune because of the last contract he executed in Cape Town. He literally invested all his money on that contract but he became sick before the pay-out and the amount is over $2million. I have submitted all kinds of affidavit to claim the funds but the delay was almost becoming endless. I received an email from the lawyer telling me that i have been given an approval to receive the funds but i must come down to sign the approval letters, i have been trying to get in touch with him by way of emails and phone calls in order to make an arrangement to go down but to no avail.
>
> Baby, you must understand that you are a member of my soul now so, i will not intentionally avoid your calls or rather don't reply to your emails. My mom has been operated on and it was a success, she has to undergo about 4 chemotherapy sections and wait for full recovering. I love you so much my dearie. It is late here now but we will talk in the morning, okay?

vii. On or about February 23, 2019, FRANKLYN OSAGIEDE emailed IYAMU a shipping label for use in an Advance Fee Scheme involving a shipping logistics company. IYAMU received a separate email containing, in relevant part, the following Advance Fee Scheme narrative:

> Dear Valued Customer,
>
> Sequel to your parcel that is currently at London Heathrow International Airport due for the UNITED STATES, you can track and trace your

> parcel online, we are waiting for the value added tax to enable us to send your parcel to you as soon as possible, as soon as our Head office confirm your payment, your parcel will be sent to your stipulated address in the UNITED STATES, please note that the payment has to be accurate to avoid sending money twice, the value added tax attracts the sum of $9,687.00 (Nine Thousand Six Hundred and Eighty-Seven United States Dollars) these charges are subject to United States custom regulation, your parcel was registered as special parcel, and value more than ($39,000.00), your parcel estimated value is over ($1,500,000.00), without the value added tax, your parcel is not permitted to leave London Heathrow International Airport by the England custom Authority, because we don't have an office in the United States, our delivery agent will pick up your parcel from London airport and fly to the United States to deliver to you.
>
> We hereby implore your indulgence to remit the value added tax to the payment information below, please endeavor to scan the payment slip to this email for immediate confirmation and also send a copy of your driver's license for verification.

viii. On or about December 8, 2019, MUDASHIRU emailed Romance Scam narratives involving aliases, including "Steven Thomas," "Paul Derek," "Eric Fernando," "Bruce Dupont," and "Pete Bradwell."

ix. On or about August 22, 2020, IYAMU sent an email containing login information for various online dating accounts purportedly maintained by individuals in the United States and several Romance Scam narratives, including, in relevant part, the following:

Hi Dear.

I was talking my relative into online dating when we were together and I decided to show him profiles of ladies on here. Yours stood out and because of his remarkable comment. Your profile came up in "his" search criteria and he only took interest in yours. And said you are very beautiful.

His name is Richard, he's in the same age bracket as your search and he lives close to you. From what he said, I had to come out straight to you and let you know. He compliments your pretty photo and remarkable profile. I urge you to give this a try. I'm doing this because I really do believe in love, and you never can tell where and when it could hit you, that "leap of faith" is all you need. He is widowed, lost his wife years ago and now wants to get back into dating and doesn't like the bar scene and obviously not on the site to possibly contact you. Please, I ask that you give it a try, he is a very awesome guy and very handsome ;), intelligent, kind hearted, dedicated man and he's got a beautiful sense of humor, so gentlemanly. I could go on and on hey...but I don't want you to think i'm just praising him, you will see for yourself when you contact him. You don't need to write back here as I will be deactivating my account on the site anytime soon. His direct email is richardamall[Redacted] I hope you get in touch with him and I promise you won't not regret anything. Here is a link to some of his pictures I uploaded here: https://[Redacted]pix.weebly.com Just copy and paste it on your browser login your [Redacted] account correctly and check him out, You can as well email him for his photos and details if you find any difficulties viewing his photos via the link: richardamall[Redacted]. As I will be leaving the site. Here is the email again: richardamall[Redacted] I believe you will thank

me later for this.

g. The Co-conspirators communicated with victims in furtherance of Romance Scams and Advance Fee Schemes and convinced victims to send money and items of value for the Co-conspirators' benefit. The Co-conspirators also convinced some victims to open financial accounts for the Co-conspirators and allow the Co-conspirators to use the victims' financial accounts in the United States.

h. The Co-conspirators used certain victims and other individuals with U.S.-based financial accounts to receive illegally obtained money in the U.S.-based financial accounts and to transfer the funds to accounts overseas for the Co-conspirators' benefit.

i. When some victims stopped or expressed hesitation in sending money to the Co-Conspirators, the Co-conspirators engaged in manipulative tactics to coerce the victims into sending money. For example, alias "Aiden Wilson," an alias used by CLEMENT, threatened to distribute personally sensitive photographs of a victim on the internet and to other people known by the victim when the victim hesitated to send money.

j. The Co-conspirators requested, received, and transferred photographs and screenshots of bank transfer documents to confirm that fraudulently obtained funds were transferred as directed and the Co-conspirators would know the name and information of the accountholder who

transferred money.

k. The Co-conspirators, including PERRY OSAGIEDE, IZEVBIGIE, and IYAMU, used entities, including Peroski, Abravoo, Tonymax, and others to fraudulently induce others to send money to South Africa in furtherance of the fraud.

All in violation of Title 18, United States Code, Section 1349.

**COUNT TWO**
(Money Laundering Conspiracy – 18 U.S.C. § 1956(h))

1. Paragraphs 1 through 4 of Count One of this Indictment are re-alleged and incorporated herein.

2. At all times relevant to the Indictment, "Business-Email Compromise" was a type of internet-related fraud often targeting businesses or individuals working with businesses on transactions involving in wire transfer payments. The fraud was carried out by compromising and/or "spoofing" legitimate email accounts through social engineering or computer intrusion techniques to cause employees of the target company (or other individuals involved in legitimate business transactions) to conduct unauthorized transfers of funds, most often to accounts controlled by the scammers.

**The Conspiracy**

3. From in or about 2011 through the present, in Monmouth County, in the District of New Jersey, and elsewhere, defendants

**PERRY OSAGIEDE,**
a/k/a, "Lord Sutan Abubakar de 1st,"
a/k/a, "Rob Nicolella,"
a/k/a, "Alan Salomon,"
**ENORENSE IZEVBIGIE,**
a/k/a, "Richy Izevbigie,"
a/k/a, "Lord Samuel S Nujoma,"
**EDOSA FRANKLYN OSAGIEDE,**
a/k/a, "Lord Nelson Rolihlahla Mandela,"
a/k/a, "Dave Hewitt,"
a/k/a, "Bruce Dupont,"
**OSARIEMEN ERIC CLEMENT,**

a/k/a, "Lord Adekunle Ajasi,"
a/k/a, "Aiden Wilson,"
**EGBE TONY IYAMU,**
a/k/a, "Lord Aminu Kano,"
a/k/a, "Richard Amall,"
**COLLINS OWHOFASA OTUGHWOR,**
a/k/a, "Lord Jesse Makoko,"
a/k/a, "Philip Coughlan," and
**MUSA MUDASHIRU,**
a/k/a, "Lord Oba Akenzua"

did knowingly, combine, conspire, confederate, and agree with others known and unknown, to commit certain offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument and funds involving the proceeds of specified unlawful activity, that is, wire fraud conspiracy contrary to Title 18, United States Code, Section 1349, from a place in the United States to and through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, contrary to Title 18, United States Code, Section 1956(a)(2)(B)(i).

**The Goal of the Conspiracy**

4. It was the goal of the conspiracy for PERRY OSAGIEDE, IZEVBIGIE, FRANKLYN OSAGIEDE, CLEMENT, IYAMU, OTUGHWOR, MUDASHIRU, and others to obtain money obtained by wire fraud that traveled through and from the United States to outside the United States, including South Africa, in a manner that concealed the illegal nature of the funds.

**Manner and Means**

5. It was part of the conspiracy that:

a. As described in Count One, the Co-conspirators worked together to engage in Romance Scams and Advance Fee Schemes to induce victims to fraudulently send money to South Africa for the benefit of the Co-conspirators. The Co-conspirators often used aliases to bolster the perceived legitimacy of the fraudulent information told to the victims and used the financial accounts of other victims and financial accounts in the names of entities to conceal and disguise the illegal nature of the funds.

b. The Co-conspirators shared among themselves and others the account information of U.S.-based financial accounts. For example:

i. On or about March 13, 2015, OTUGHWOR emailed a Co-conspirator a U.S. bank account in furtherance of a Romance Scam.

ii. On or about March 17, 2015, MUDASHIRU emailed a Co-conspirator a U.S. bank account and account holder details of a person

residing in the United States.

c. In addition to victims of fraud schemes, the Co-conspirators used other individuals located both in the United States and outside the United States (the "Mules") to receive and transfer illegally obtained money on behalf of the Co-conspirators. The Co-conspirators used the Mules to conceal and disguise the illegal nature of their criminal proceeds.

d. The Co-conspirators prepared and transferred fraudulent invoices to further disguise and conceal the illegal nature of their criminal proceeds.

e. The Co-conspirators fraudulently obtained money through Business-Email Compromise schemes by purporting to be the authorized user of email accounts engaged in monetary transactions and fraudulently directing the money transfer to be sent to one or more Mules acting at the Co-conspirators' direction.

f. The Co-conspirators directed Mules located in the United States, including in New Jersey, to deposit illegally obtained money into their United States financial accounts and to transfer the illegally obtained money to other Mules and to South Africa for the benefit of the Co-conspirators. For example:

i. On or about September 25, 2017, a Mule in New Jersey, acting at the Co-conspirators' direction, wired money to an account in

the name of Abravoo that was controlled by IZEVBIGIE.

g. The Co-conspirators sent emails to one another with copies of confirmations of wire transfers that were executed on behalf of the Co-conspirators by victims and Mules. For example:

i. On or about, February 6, 2016, FRANKLYN OSAGIEDE sent PERRY OSAGIEDE a photograph of a wire transfer confirmation from a bank account maintained by a Romance Scam victim to Peroski.

ii. On or about June 8, 2016, PERRY OSAGIEDE received a photograph of a wire confirmation from a bank account maintained by a Mule in New Jersey at the direction of the Co-conspirators.

iii. On or about July 21, 2016, CLEMENT received a photograph of a wire confirmation from a bank account maintained by a Romance Scam victim.

iv. On or about February 1, 2017, a wire transfer confirmation reflecting a payment made from a Romance Scam victim to Peroski was forwarded by a Co-conspirator to PERRY OSAGIEDE.

v. On or about January 17, 2020, a receipt for a money transaction to a Romance Scam victim was sent to IYAMU.

All in violation of Title 18, United States Code, Section 1956(h).

**FORFEITURE ALLEGATION AS TO COUNT ONE**

1. As a result of committing the wire fraud conspiracy offense charged in Count One of this Indictment, the defendants charged in this count shall forfeit to the United States, pursuant to Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting or derived from proceeds traceable to the wire fraud conspiracy offense alleged in Count One of this Indictment.

**FORFEITURE ALLEGATION AS TO COUNT TWO**

2. As a result of committing the money laundering offense charged in Count Two of this Indictment, the defendants charged in this count shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), all property, real or personal, involved in such money laundering offense, and all property traceable to such property.

**SUBSTITUTE ASSETS PROVISION**
**(Applicable to All Forfeiture Allegations)**

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of such defendant up to the value of the forfeitable property described in Forfeiture Allegation paragraphs 1 and 2.

A True Bill,

______________________
Foreperson

RACHAEL A. HONIG
Acting United States Attorney

**CASE NUMBER:** 21-392 (MAS)

**United States District Court**
**District of New Jersey**

**UNITED STATES OF AMERICA**

**v.**

**PERRY OSAGIEDE,**
**ENORENSE IZEVBIGIE,**
**EDOSA FRANKLYN OSAGIEDE,**
**OSARIEMEN ERIC CLEMENT,**
**EGBE TONY IYAMU,**
**COLLINS OWHOFASA OTUGHWOR, and**
**MUSA MUDASHIRU**

# INDICTMENT FOR

**18 U.S.C. § 1349**
**18 U.S.C. § 1956**

**A True Bill,**

______________________________

**Foreperson**

RACHAEL A. HONIG
ACTING UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

JAMIE L. HOXIE
VERA VARSHAVSKY
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2700